UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C BOLIN,<br><br>    Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>    Respondent. | Case No. 1:18-cv-00692-LJO-JDP (HC)<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER REASSIGNING CASE |

    Petitioner Paul C Bolin, a California state prisoner sentenced to death, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Citing no evidence, petitioner contends that the government unlawfully altered the record in his criminal proceeding and that the state trial court colluded and conspired with the government. *See id.* at 1-2. Petitioner has unsuccessfully pursued habeas relief in other cases before this court. *See generally* Case Nos. 1:99-cv-05279-LJO-SAB (E.D. Cal. filed Mar. 11, 1999), 1:12-cv-00077-LJO-GSA (E.D. Cal. filed Jan. 17, 2012); 1:13-cv-00498-LJO (E.D. Cal. filed Feb. 20, 2013), 1:17-cv-00985-LJO-SAB (E.D. Cal. filed May 11, 2017). He appealed in Case No. 1:99-cv-05279-LJO-SAB, and his appeal remains pending before the Ninth Circuit. *See* Case No. 16-99009 (9th Cir. filed Oct. 3, 2016).

    In this proceeding, petitioner raises claims that are similar—if not identical—as those

raised in his other cases before United States Magistrate Judge Stanley A. Boone.[1]  *See* Case No. 1:17-cv-985, ECF No. 11 at 8.  The court will reassign this case to Judge Boone.  *See* L. R. 120(e), 190(d).

      We end by addressing one additional matter.  Petitioner argues in a letter that the clerk of court mistakenly designated this case as a Section 2254 proceeding.  *See* ECF No. 6 at 1-2.  A Section 2254 petition is the "exclusive vehicle for a habeas petition by a state prisoner in custody pursuant to a state court judgment."  *Dominguez v. Kernan*, 906 F.3d 1127, 1135 (9th Cir. 2018) (citation omitted).  Petitioner may persuade the court otherwise later in the case, but we are satisfied that the clerk of court did not err in designating this case as a Section 2254 proceeding.

**Order**

1. The clerk of court is directed to reassign this case to United States Magistrate Judge Stanley A. Boone.
2. The new case number for this action, which must be used on all documents filed with the court, is 1:18-cv-00692-LJO-SAB.

IT IS SO ORDERED.

Dated:   April 26, 2019

                                       UNITED STATES MAGISTRATE JUDGE

No. 202

---

[1] Local Rules require special handling of death penalty cases.  *See* L. R. 121, 191.